JS - 6

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ROCCA,<br><br>Plaintiff(s),<br><br>V.<br><br>LCD ENTERPRISES, LP, et al.,<br><br>Defendant(s). | CASE NO. **SACV 13-01940-DOC(JPRx)**<br><br>ORDER DISMISSING CIVIL ACTION |

   The Court having been advised by counsel for the parties that the above-entitled action has been settled;

   IT IS THEREFORE ORDERED that this action is dismissed without prejudice to the right, upon good cause shown by **May 20, 2014**, to reopen this action if settlement is not consummated.

IT IS SO ORDERED.

DATED: March 24, 2014

_____
DAVID O. CARTER
United States District Judge